[Dodefmao] [District Order Deficient Motion, Application or Objection]

ORDERED.

Dated: October 28, 2019

Michael G. Williamson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

Eric L. Baker

Patti S. Baker

_____Debtor*_____/

Case No.
8:19–bk–00770–MGW
Chapter 7

### ORDER ABATING MOTION TO (I) APPROVE A SHORT SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS PURSUANT TO 11 U.S.C. SEC. 362(B), (F), AND (M), (II)BID PROCEDURES, (III) SURCHARGE AGREEMENT BETWEEN SECURED LENDER AND THE ESTATE, (IV) SECURED LENDER'S RIGHT TO CREDIT BID, AND (V) OTHER RELIEF

THIS CASE came on for consideration, without hearing, of the Motion to (I) Sell Property Free and Clear of Liens, Claims, Encumbrances, and Interests Pursuant to 11 U.S.C. Sec. 363(b),(f), and (m), (II) Bid Procedures, (III) Surcharge Agreement Between Secured Lender and the Estate, (IV) Secured Lender's Right to Credit Bid, and (V) Other Relief by Traci Stevenson, Chapter 7 Trustee , Doc. # 22 . After review, the Court determines that the motion , is deficient as follows:

> Service upon all creditors on the matrix using a current mailing matrix obtained from the Clerk of Court is not indicated or the current mailing matrix obtained from the Clerk of Court was not attached. Fed. R. Bankr. P. 2002(a), Fed. R. Bankr. P. 3015(g) and Local Rule 9013–3(e).

> Service upon the Debtor at the Debtor's address of record is not indicated. Fed. R. Bankr. P. 3007(a), 4003(b)(4) and 7004(b)(9).

Accordingly it is

**ORDERED:**

Consideration of the motion is abated until the deficiency is corrected. No additional filing fee will be assessed for the filing of any amended motion filed for the purposes of correcting the noted deficiency.

The Clerk's Office is directed to serve a copy of this order on interested parties.
*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.