# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTICT OF FLORIDA
# TAMPA DIVISION
www.flmb.uscourts.gov

In re:

ERIC L. BAKER                                              Case No. 8:19-bk-00770-MGW
PATTI S. BAKER                                             Chapter No: 7

      ***Debtor**

### WITHDRAWL OF THE TRUSTEES MOTION TO SELL FREE AND CLEAR OF LIENS
## NOTICE OF CANCELATION OF HEARING

TRACI K. STEVENSON, duly appointed and acting Trustee, hereby gives Notice of Cancellation of Hearing on the Motion to Sell Property Free and Clear of Liens, scheduled for November 6, 2019 at 9:30 AM in Courtroom 8A for the following reason(s):

1. The Buyer and the second lien holder Microf, LLC did not come to a resolution.

WHEREFORE, the Trustee respectfully requests that the Court Cancel the Hearing on the Motion to Sell Property Free and Clear of Liens, scheduled for November 6, 2019 at 9:30 AM.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing has been furnished by U. S. Mail or hand delivered this November 5, 2019 to:

U. S. Trustee, 501 E. Polk Street, Ste. 1200, Tampa, FL  33602

Debtor, Eric L. Baker, 5637 Sailfish Drive Apt. B, Lutz, FL 33558, Patti S. Baker, 5637 Sailfish Drive Apt. B, Lutz, FL 33558

Debtor's Atty  Sandra H Day, The Day Law Office, Po Box 5535, Spring Hill, FL 34611-5535

DATED: <u>November 5, 2019</u>

                                                    <u>/s/Traci K. Stevenson</u>
                                                    Traci K. Stevenson, Trustee
                                                    P.O. Box 86690
                                                    Madeira Beach, FL 33738
                                                    727-397-4838