

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

02/12/2020 09:30 AM

COURTROOM 8A

HONORABLE MICHAEL WILLIAMSON

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **8:19-bk-00770-MGW** | 7 | 01/30/2019 |

**Chapter 7**

| **DEBTOR:** | Eric Baker |
| | Patti Baker |
| **DEBTOR ATTY:** | **Sandra Day** |
| **TRUSTEE:** | **Traci Stevenson** |

**HEARING:**

$Preliminary Hearing on Amended Motion to Sell Property Free and Clear of Liens. Property description: 7393 Landmark Ave Spring Hill, FL 34606. . Filing Fee Not Paid or Not Required. Filed by Trustee Traci K. Stevenson (related document(s)[34]). (Attachments: # [1] Approval letter # [2] Agreement with Microf LLC # [3] HUD # [4] Mailing Matrix) (Stevenson, Traci) Doc #36

**APPEARANCES:**:
Traci Stevenson, Trustee
**WITNESSES:**

**EVIDENCE:**

**RULING:**
$Preliminary Hearing on Amended Motion to Sell Property Free and Clear of Liens. Property description: 7393 Landmark Ave Spring Hill, FL 34606. . Filing Fee Not Paid or Not Required. Filed by Trustee Traci K. Stevenson (related document(s)[34]). (Attachments: # [1] Approval letter # [2] Agreement with Microf LLC # [3] HUD # [4] Mailing Matrix) (Stevenson, Traci) Doc #36 - Granted, order by Stevenson
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.